# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Rebecca L. Cameron                          Docket No. 5:11-MJ-1831-1

## Petition for Action on Probation

      COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rebecca L. Cameron, who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on February 13, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service during the first 30 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the U.S. Probation Office on February 21, 2013, as scheduled. She admitted that she is addicted to opiates and is snorting Percocet on a daily basis. She also admitted she snorted a substance on or about February 16, 2013, which she assumed was an opiate, but then realized it was cocaine. Her on-site drug screen yielded positive results for opiates, cocaine, and marijuana. She advised she last smoked marijuana approximately two weeks ago. The defendant acknowledges she has a serious substance abuse addiction, has a desire to become sober, and has requested treatment for her addiction. Additionally, she reports a history of bipolar disorder which resulted in her being institutionalized at the age of 18. She is not under the care of a psychiatrist, nor is she taking medication for this disorder. In order to provide substance abuse counseling and evaluate her for mental health counseling/medication needs, it is respectfully requested that her conditions of probation be modified to include drug aftercare, alcohol abstinence, and mental health treatment. Additionally, the defendant admitted that she drove to the probation office without being properly licensed, but did not drive after leaving the office. She will be contacting her attorney for assistance in securing a limited driving privilege, as she was told by counsel that he would ensure her this privilege.

Rebecca L. Cameron
Docket No. 5:11-MJ-1831-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: February 22, 2013 |

**ORDER OF COURT**

Considered and ordered this __22nd__ day of ____February____, 2013, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
United States Magistrate Judge